IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | |
| FRANCISCO RIVERA GOMEZ | * | CASE NO. 10-11862-SEK |
|   DEBTOR(S) | * | CHAPTER 13 |
| --------------------------------- | | |
| FIRSTBANK PUERTO RICO | * | |
|   Movant | * | |
| FRANCISCO RIVERA GOMEZ and JOSE R. CARRION MORALES TRUSTEE | * | |
| | * | |
|   Respondent (s) | * | |

**DEBTOR'S RESPONSE TO MOTION REQUESTING
RELIEF FROM THE AUTOMATIC STAY**

TO THE HONORABLE COURT:

NOW COMES, **FRANCISCO RIVERA GOMEZ**, debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. Firstbank Puerto Rico filed a Motion requesting relief from the automatic stay basically alleging that debtor is in arrears in payments to Firstbank.

2. Debtor hereby respectfully submits that on August 5, 2011, he filed a motion requesting conversion to Chapter 7.

3. Based on the aforestated, debtor hereby respectfully requests this Honorable Court deny the motion requesting relief from stay filed by BPPR, since the same is moot upon conversion of debtor's case to one under Chapter 7 of the Bankruptcy Code.

**WHEREFORE**, debtor respectfully requests from this Honorable Court to deny the motion for relief from stay filed by Firstbank Puerto Rico.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send notice of the same to: the Chapter 13 Trustee Jose R. Carrion Morales, Esq.; Cardona Jimenez Law Offices, PSC, Esq., Attorneys for Firstbank; I also certify that a copy of this motion has been sent via US Postal Service to the debtor/respondent Francisco Rivera Gomez.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 5th day of August, 2011.

/s/ *R. Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR DEBTOR
PO BOX 193677 SAN JUAN PR 00919-3677
TEL NO (787) 744-7699
FAX NO (787) 746-5294
EMAIL: rfc.rfclaw@gmail.com