3

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO
## MINUTE OF HEARING

**Hearing Information:**

| | | | |
|---|---|---|---|
| Debtor: | FRANCISCO RIVERA GOMEZ | Case Number: | 10-11862-MCF |
| Joint Debtor: | | Chapter: | 7 |
| Date / Time / Room: | 9-21-2011 | Courtroom #3 | |
| Bankruptcy Judge: | Hon. Mildred Caban Flores, Bankruptcy Judge | | |
| Courtroom Deputy: | DENNIS RODRIGUEZ RODRIG | | |

**Matter:**
MOTION FOR RELIEF FROM STAY UNDER 362 FILED BY FIRSTBANK PUERTO RICO AND DEBTOR'S REPLY DKT#: 31 & 38

**Appearances:** ☐ Debtor ☑ Debtor's Attorney ☑ Trustee ☐ US Trustee ☑ Creditors/Others

**Notes and Remarks:** *(Order will be entered electronically)*

☐ Upon respondent(s)' failure to oppose and to appear at the hearing scheduled for this date, the instant motion is granted and the stay is hereby lifted by default in favor of movant. *

☐ The Motion for reasons stated in open Court was: ☐ Granted* ☐ Denied* ☐ Moot

☐ Stay was modified for reasons stated in open court. (Separate order will be entered.)

☐ Parties agreed to _____ in _____ days or stay is lifted.*

☐ Motion to Lift Stay was settled by the parties. Hearing becomes moot.

☐ Stipulation was filed on _____. The hearing became moot.

☑ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant. *

☐ Movant's request to issue new summons is granted. Clerk to issue new summons.

☐ New preliminary hearing is set for: _____.

☐ Movant's application to withdraw the motion to lift stay is granted.

☐ Notice period has not elapsed, if not timely response is filed, the motion is granted and the stay is hereby lifted by default in favor of movant. If a timely reply is filed, a final hearings is scheduled for: (See Below)

☐ A Final Hearing will be scheduled for: _____.

☐ Clerk to give notice of hearing. ☐ 30-day determination period waived. _____.

☐ Clerk to follow up and return to chambers within _____ days for court to: *(Refer to additional comments)*

☐ Clerk to refer file to chambers _____ days ahead of next hearing.

☐ Additional Comments: